# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CV 290

| | | |
|---|---|---|
| CALDWELL, WRIGHT ENTERPRISES, INC., | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **ORDER** |
| AVADIM HEALTH, INC., | ) ) ) | |
| **Defendant.** | ) ) | |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 10) filed by Robert J. Deutsch. Upon review of the Motion, it appears that Mr. Deutsch, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Scott K. Harris, who is a member in good standing of the Georgia Bar. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 10) and **ADMITS** Scott K. Harris to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 20, 2018

W. Carleton Metcalf
United States Magistrate Judge