# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:18 CV 290

| | |
|---|---|
| CALDWELL, WRIGHT ENTERPRISES, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| AVADIM HEALTH, INC., | ) |
| Defendant. | ) |

This matter is before the Court on Defendant's Motion to Stay Proceedings Pending Decision on Arbitration (Doc. 24). The Motion does not comply with Local Rule 7.1(b), which states that "[c]ivil motions must show that counsel have conferred and attempted in good faith to resolve areas of disagreement." LCvR 7.1(b).

**IT IS THEREFORE ORDERED THAT** Defendant's Motion to Stay Proceedings Pending Decision on Arbitration (Doc. 24) is **DENIED WITHOUT PREJUDICE**.

Signed: April 2, 2019

W. Carleton Metcalf
United States Magistrate Judge