THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00290-MR-WCM

| | |
|---|---|
| **CALDWELL WRIGHT ENTERPRISES, INC.,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**AVADIM HEALTH, INC.,** )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Confirm Arbitration Award as Judgment of the Court [Doc. 56] and the Plaintiff's Notice of Defendant's Bankruptcy [Doc. 60].

On May 20, 2021, the Defendant filed a Motion to Confirm Arbitration Award as Judgment of the Court. [Doc. 56]. On May 31, 2021, the Defendant filed for bankruptcy protection in the United States Bankruptcy Court for the District of Delaware. [Doc. 60-1]. Accordingly, this action is automatically stayed. See 11 U.S.C. § 362(a)(1) (providing that a bankruptcy petition operates as an automatic stay of "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor"). The Plaintiff shall have fourteen (14) days from the date

that such stay is lifted to respond to the Defendant's Motion to Confirm Arbitration Award.

Accordingly, **IT IS, THEREFORE, ORDERED** that this action is hereby **STAYED** until further Order of the Court.

**IT IS FURTHER ORDERED** that the parties shall file a status report with the Court every ninety (90) days until such time as the bankruptcy matter is closed.

**IT IS FURTHER ORDERED** that the Plaintiff shall have fourteen (14) days from the date that this stay is lifted to respond to the Defendant's Motion to Confirm Arbitration Award.

**IT IS SO ORDERED**.

Signed: June 15, 2021

Martin Reidinger
Chief United States District Judge