THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00290-MR-WCM

| | |
|---|---|
| **CALDWELL WRIGHT ENTERPRISES, INC.,** ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| **AVADIM HEALTH, INC.,** ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court on the Defendant's "Notice of Authorization by Bankruptcy Liquidating Trust to Proceed with Confirmation of Arbitration Award and Motion for Lifting of Stay" [Doc. 69].

By the present motion, the Defendant moves the Court to lift the stay entered in this matter on June 15, 2021 [Doc. 62] for purposes of hearing and ruling upon the Defendant's Motion to Confirm Arbitration Award. [Doc. 69]. Upon review of the Defendant's Motion, and for cause shown, the Court will grant the Motion and lift the stay of this action.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Lifting of Stay" [Doc. 69] is **GRANTED**, and the stay of this matter is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that, in accordance with the Court's prior Order [Doc. 62], the Plaintiff shall have fourteen (14) days from the date of the entry of this Order to respond to the Defendant's Motion to Confirm Arbitration Award.

**IT IS SO ORDERED**.

Signed: January 3, 2023

Martin Reidinger
Chief United States District Judge