# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Caldwell, Wright Enterprises, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:18-cv-00290-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Avadim Health, Inc., | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2023 Order.

March 7, 2023

Frank G. Johns, Clerk
United States District Court